# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE HERRERA WILSON,<br><br>        Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of the Department of Homeland Security; et al.,<br><br>        Respondents. | Case No.:  26cv2729 DMS (DEB)<br><br>**ORDER REQUESTING STATUS** |

This case is currently pending before the Court.  The Court has reviewed the parties' briefs and the relevant case law, and requests an update from Respondents on the status of their efforts to remove Petitioner.  Respondents shall submit a status report on or before **August 20, 2026**.  Absent any additional evidence to show there is a significant likelihood Petitioner will be removed in the reasonably foreseeable future, the Court's tentative ruling is to grant the Petition and order Petitioner's release.  *See Vo v. Noem*, Case No. 26cv0074 DMS (MSB), ECF No. 8.

   **IT IS SO ORDERED.**

Dated:  July 10, 2026

                  
Hon. Dana M. Sabraw
United States District Judge

1

26cv2729 DMS (DEB)